UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA          2016 OCT 17   11:

UNITED STATES OF AMERICA,

    Plaintiff,

  -against-                  Civ. 8:15-cv-02562-SCB-TGW
ROBERT BEAM,                Cr. 8:13MJ 1777 TBM

    Defendant.

## NOTICE OF APPEAL

The defendant Robert Beam hereby files this Notice of Appeal to the Eleventh Circuit Court's of Appeals of this courts final order of the defendants 28 USC 2255 Motion.

The defendant acted pro se in the filing of the 2255 and will do so in the appeal and request to proceed in forma pauperis. Respectfully submitted tis 2 day of October 2016.

                                      Robert Beam
                                      FCI
                                      Yazhoo Mississippi



SOUTH JERSEY NJ 080

12 OCT 2016 PM 6 L

Clerk

22891-008
United St Court
801 N Florida AVE
Tampa, FL 33602
United States

SCREENED
BY USMS

Gregory Enlow
22891-045
Paul P. Wartonp
PO 420
Fairton NJ 08320