UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  2016 OCT 17

UNITED STATES OF AMERICA,

    Plaintiff,

  -against-　　　　　　　　　　Civ. 8:15-cv-02562-SCB-TGW
ROBERT  BEAM,　　　　　　　　　　Cr.  8:13MJ 1777 TBM
    Defendant.

<u>NOTICE OF APPEAL</u>

The defendant Robert Beam hereby files this Notice of Appeal to the Eleventh Circuit Court's of Appeals of this courts final order of the defendants 28 USC 2255 Motion.

The defendant acted pro se in the filing of the 2255 and will do so in the appeal and request to proceed in forma pauperis. Respectfully submitted tis 2 day of October 2016.

                      Robert Beam
                      FCI
                      Yazhoo Mississippi



SOUTH JERSEY NJ 080

12 OCT 2016 PM 6 L

Clerk

⇔ 22891-008 ⇔
United St Court
801 N Florida AVE
Tampa, FL 33602
United States

SCREENED
BY USMS

Gregory Orlando
22891-008
Paul P. warteup
PO 420
Fairton NJ 08320